AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCCONNELL, MICHAEL W | UNITED STATES COURT OF APPEALS | 08/05/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. COURT OF APPEALS - FULL | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| FEDERAL BUILDING, SUITE 5402 125 SOUTH STATE STREET SALT LAKE CITY, UT 84138 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED 2007 AUG 20 P 12: 03

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 08/05/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | YALE UNIVERSITY, PUBLICATION ROYALTIES | $ 90 |
| 2. 2006 | STANFORD UNIVERSITY, TEACHING | $ 20,000 |
| 3. 2006 | UNIVERSITY OF UTAH, TEACHING | $ 4,780 |
| 4. 2006 | ASPEN PUBLISHING CO., PUBLICATION ROYALTIES | $ 2,845 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ███████████████ TEACHING |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Stanford Law School | Feb.5 - Feb. 24, Stanford, CA, Teaching, (Transportation, lodging, meals) |
| 2. Liberty Fund Colloquium | Mar. 9 - Mar. 10, San Francisco, CA, Lecture, (Transportation, lodging, meals) |
| 3. University of Texas at Austin Law School | Mar. 30 - Mar. 31, Austin, TX, Seminar participant, (Transportation, lodging, meals) |
| 4. Olin Fellows Federalist Society | Apr. 25 - Apr. 27, New York City, NY, Seminar participant, (Transportation, lodging, meals) |
| 5. The University of Chicago - The Law School | May 4 - May 5, Chicago, IL, Seminar participant, (Transportation, lodging, meals) |

| | | |
|---|---|---|
| 6. | Australian National University | May 22 - Jun. 2, Canberra, Australia, Seminar participant, (Transportation, lodging, meals) |
| 7. | Louisville Federalist Society | Jun. 22 - Jun. 23, Louisville, KY, Seminar participant, (Transportation, lodging, meals) |
| 8. | James Madison College, Michigan State University | Oct. 12 - Oct. 13, East Lansing, MI, Seminar partiicipant, (Transportation, lodging, meals) |
| 9. | The Henry Institute, Calvin College | Oct. 13 - Oct. 14, Grand Rapids, MI, Seminar participant, (Transportation, lodging, meals) |
| 10. | New York University, The Brennan Center for Justice | Oct. 25 - Oct. 27, New York City, NY, Seminar participant, (Transportation, lodging, meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 08/05/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 08/05/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS IRA #1 | | | | | | | | | |
| 2. SPARTAN 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 3. FIDELITY CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 4. FIDELITY INVESTMENTS IRA #2 | | | | | | | | | |
| 5. FIDELITY WORLDWIDE FUND | D | Dividend | L | T | | | | | |
| 6. FIDELITY EMERGING MARKETS FUND | A | Dividend | K | T | | | | | |
| 7. FIDELITY CASH RESERVES ACCOUNT | A | Int./Div. | J | T | | | | | |
| 8. FIDELITY BLUE CHIP GROWTH | A | Dividend | J | T | | | | | |
| 9. TIAA CREF | | | | | | | | | |
| 10. TIAA TRADITIONAL | E | Dividend | N | T | | | | | |
| 11. CREF STOCK FUND | E | Dividend | N | T | | | | | |
| 12. CREF EQUITY INDEX FUND | E | Dividend | N | T | | | | | |
| 13. CREF GLOBAL EQUITIES FUND | D | Dividend | K | T | | | | | |
| 14. DODGE & COX STOCK FUND (401K) | E | Dividend | N | T | | | | | |
| 15. DWS EQUITY 500 INDEX FUND F/K/A SCUDDER (401K) | D | Dividend | L | T | | | | | |
| 16. JENNISON SMALL COMPANY Z FUND (401K) | B | Dividend | M | T | BUY | 11/30 | M | | |
| 17. DRYFUS PREMIUM SMALL EQUITY | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =A | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 08/05/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND (401K) | | | | | | | | | |
| 18. STI CLASSIC SMCAP GR STOCK T FUND (401K) | E | Dividend | | | SELL | 11/30 | M | A | |
| 19. WELLS FARGO (BANK ACCOUNT) | A | Interest | J | T | | | | | |
| 20. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 21. FIDELITY WORLD WIDE FUND | A | Dividend | | | SELL | 3/15 | J | B | |
| 22. SPARTAN TOTAL MARKET INDEX FUND | A | Dividend | J | T | SELL | 12/5 | J | A | |
| 23. SPARTAN 500 INDEX FUND | A | Dividend | L | T | SELL | 12/5 | K | D | |
| 24. FIDELITY MAGELLAN FUND | A | Dividend | L | T | | | | | |
| 25. FIDELITY MUNICIPAL MONEY MARKET | A | Interest | J | T | | | | | |
| 26. FIDELITY RETIREMENT RESERVES ANNUITY | D | Int./Div. | L | T | | | | | |
| 27. SPARTAN 500 INDEX FUND (SEP IRA) | A | Dividend | J | T | | | | | |
| 28. FIDELITY CASH RESERVES (SEP IRA) | A | Int./Div. | J | T | | | | | |
| 29. SPARTAN 500 INDEX FUND (UTMA) | A | Dividend | | | SELL | 12/5 | J | A | |
| 30. SPARTAN 500 INDEX FUND (UTMA) | B | Dividend | J | T | SELL | VAR | K | A | |
| 31. SPARTAN 500 INDEX FUND (UTMA) | A | Dividend | | | SELL | 12/5 | J | A | |
| 32. NATIONWIDE VARIABLE LIFE INSURANCE | A | Interest | K | T | | | | | |
| 33. FIDELITY MAGELLAN FUND (IRA) | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 08/05/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FIDELITY LOW PRICED STOCK FUND (IRA) | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 08/05/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 08/05/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date 8/13/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544